**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 01-2055**

—————————

LAWRENCE D. MORDEROSIAN,

Plaintiff - Appellant,

versus

JAMES S. GILMORE, III,

Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-00-1163-A)

—————————

Submitted: January 15, 2002      Decided: January 24, 2002

—————————

Before WIDENER, NIEMEYER, and MOTZ, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Lawrence D. Morderosian, Appellant Pro Se. Alice Ann Berkebile, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lawrence D. Morderosian seeks to appeal the district court's order denying his motion for extension of time to appeal its dismissal of his civil action. The district court entered an order on July 16, 2001 granting Morderosian thirty days in which to appeal its April 30, 2001 order denying him an extension of time to appeal. The court later emphasized in a July 31, 2001 order that Morderosian had until August 15, 2001 to note his appeal. We conclude the district court was without jurisdiction to so extend the appeal period because more than sixty days had lapsed since the April 30, 2001 order. See Fed. R. App. P. 4(a)(5)(c). In any event, Morderosian's notice of appeal was not filed until August 17, 2001.

Accordingly, we dismiss this appeal for lack of jurisdiction. We deny Morderosian's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2